71,784-02,04

3-18-15

Dear Clerk of the Court I am sorry to bother you with this, but I have some how misplaced or lost my copys of the writs of habeas corpus's I filed with your court, and I realy need these in the up comeing proceedings, if you could please send me the following I would greatly appreciate

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 23 2015

Abel Acosta, Clerk

① 11.07 writ of Habeas Corpus grounds and Legal arguments and memorandum of law

C-16-376 A
WR-71,784-02

② subsequent 11.07 writ of Habeas Corpus ground and Legale arguments and memorandum of law. Allso I filed some supplemental grounds and legal argument with this writ.

C-16-376-B
WR-71,784-04

Thank you for your time

Dakota Critchfield #1647122
McConnell unit
3001 S Emily Dr
Beeville Tx 78102